# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>MBML, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　Defendants. | Case No.: 5:18-CV-06204-EJD<br><br>**ORDER** [proposed] |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for __4/4/2019__ at _10_ am ~~pm~~ at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required. Response to OSC or dismissal deadline is 3/25/2019.

**IT IS SO ORDERED.**

Dated: __1/28/2019__  _____
　　　　　　　　　　　　　　HONORABLE EDWARD J. DAVILA
　　　　　　　　　　　　　　United States District Judge

Order　　[proposed]　　-1-　　5:18-CV-06204-EJD